HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
CESAR EDUARDO NAVA-JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00111 GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | |
| CESAR EDUARDO NAVA-JIMENEZ, | Date: July 10, 2015
Time: 9:00 a.m.
Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Assistant United States Attorney Katherine Lydon, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Cesar Eduardo Nava-Jimenez, that the status conference scheduled for July 10, 2015 be vacated and be continued to July 17, 2015 at 9:00 a.m.

This continuance is requested to give Defense counsel time to obtain, review and discuss state court documents with Mr. Nava-Jimenez.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of this order's date through and including July 17, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: July 8, 2015						Respectfully submitted,

								HEATHER E. WILLIAMS
								Federal Defender

								*/s/ Sean Riordan*
								SEAN RIORDAN
								Assistant Federal Defender
								Attorney for Cesar Eduardo Nava-Jimenez

DATED: July 8, 2015						BENJAMIN B. WAGNER
								United States Attorney

								*/s/ Sean Riordan for*
								KATHERINE LYDON
								Assistant U.S. Attorney
								Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial. **It is further ordered** the July 10, 2015 status conference shall be continued until July 17, 2015, at 9:00 a.m.

Dated: July 8, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge