BENJAMIN B. WAGNER
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2722
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>CESAR EDUARDO NAVA-JIMENEZ,<br><br>Movant. | NOS.   2:15-CR-0111 GEB CKD<br>           2:15-CV-2335 GEB CKD<br><br>ORDER |

Movant, a federal prisoner, has filed a motion to vacate his sentence pursuant to 28 U.S.C. § 2255. For good cause shown, respondent's request for an extension of time to respond to the motion (ECF No. 20) will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's request for an extension of time (ECF No. 20) is granted.

2. Respondent shall have until March 20, 2016, to file a response to movant's motion.

3. Movant's traverse, if any, is due on within 30 days of respondent's filing.

Dated: January 20, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE