UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Respondent,<br><br>        v.<br><br>CESAR EDUARDO NAVA-JIMENEZ,<br><br>                    Movant. | No.  2:15-cr-0111 GEB CKD P<br><br><br>FINDINGS AND RECOMMENDATIONS |

      Movant, a federal prisoner proceeding pro se, filed a motion pursuant to 28 U.S.C. § 2255 on November 6, 2015.  Federal Bureau of Prison records indicate movant was released from custody on February 13, 2017.  Movant has not provided the court with a forwarding address as he is required to do under Local Rule 183(b).  That being the case, the court will recommend that movant's motion be denied without prejudice pursuant to Local Rule 183(b) and Rule 41(b) of the Federal Rules of Civil Procedure.

      Accordingly, IT IS HEREBY RECOMMENDED that movant's 28 U.S.C. § 2255 motion filed November 6, 2015 be denied without prejudice.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." In his objections, movant may address whether a certificate of appealability should issue in the event he files an appeal of the judgment in this case. <u>See</u> Rule 11, Federal Rules Governing Section 2255 Cases (the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant). Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 27, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
nava0111.dwj